# RICHARD CARDINALE

### ATTORNEY AT LAW
### 26 COURT STREET, SUITE 1815
### BROOKLYN, NEW YORK 11242
### (718) 624-9391

Facsimile: (718) 624-4748
E-mail: richcardinale@gmail.com

July 17, 2014

The Honorable William F. Kuntz
United States Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re:   *Cano, et al., v. City of New York*, et al., 13 CV 3341 (WFK) (VVP)

Your Honor:

I, along with attorneys Michael Hueston and Andrew Rendeiro, represent the named plaintiffs in this action.  I write to inform Your Honor that the plaintiffs will not be moving for class certification.

Respectfully,

/s/

Richard Cardinale

Copy: All counsel