

**THE CITY OF NEW YORK**

**ZACHARY W. CARTER**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**MARK G. TOEWS**
Phone: (212) 356-0871
Fax: (212) 356-2089
mtoews@law.nyc.gov

March 5, 2018

**VIA ECF**
Honorable William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
New York, New York 11201

Re: *Cano v. City of New York et al.*, 13-CV-3341 (WFK) (VVP)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel, assigned to represent Defendants in the above-referenced case, which is currently scheduled for trial beginning March 19, 2018.

      I write on behalf of both Plaintiffs and Defendants to inform the Court that we have reached an agreement regarding settlement of Plaintiffs' claims against Defendants, including their claim for attorneys' fees. Accordingly, the parties respectfully request that the Court vacate the trial date and deadlines for pre-trial submissions. The parties also request an additional 60 days to prepare and finalize the relevant paperwork for each of the nineteen (19) Plaintiffs, including a Stipulation and Order of Dismissal, which the parties will submit to the Court for its review, approval, and endorsement.

      Thank you for your consideration of this request.

Respectfully submitted,

/s

Mark G. Toews
*Assistant Corporation Counsel*

cc: Counsel for Plaintiffs (via ECF)